# United States Court of Appeals

## FOR THE EIGHTH CIRCUIT

_____

No. 04-1993

_____

| | | |
|---|---|---|
| United States of America, | * | |
| | * | |
| Appellee, | * | Appeal from the United States |
| | * | District Court for the Western |
| v. | * | District of Missouri. |
| | * | |
| John W. Overcast, | * | [UNPUBLISHED] |
| | * | |
| Appellant. | * | |

_____

Submitted: May 26, 2005
Filed: May 31, 2005

_____

Before SMITH, FAGG, and MAGILL, Circuit Judges.

_____

PER CURIAM.

John W. Overcast appeals the sentence the district court* imposed after Overcast pleaded guilty to a firearm offense. His counsel has moved to withdraw and has filed a brief under Anders v. California, 386 U.S. 738 (1967), and Overcast has filed two supplemental briefs. We find no merit in any of the arguments raised by Overcast or his counsel.

_____

*The Honorable Howard F. Sachs, United States District Judge for the Western District of Missouri.

Having conducted an independent review under <u>Penson v. Ohio</u>, 488 U.S. 75, 80 (1988), we find no nonfrivolous issues.  Thus, we grant counsel's motion to withdraw, and we affirm.

_____